```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

AMANDA SCOTT, Individually        )
and as Representative of the      )
Estate of RAY HERNDON CELSOR,     )
Deceased,                         )
                                  )
        Plaintiff                 )
                                  )        No. 3:12-0480
v.                                )        Judge Nixon/Brown
                                  )        **Jury Demand**
BOEHRINGER INGELHEIM              )
PHARMACEUTICALS, INC.,            )
*et al.*,                         )
                                  )
        Defendants                )

## O R D E R

The Initial Case Management Conference set for 11:00 a.m. on July 16, 2012, is reset for **July 17, 2012, at 1:00 p.m., Courtroom 783.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge